UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

            Plaintiff,

   v.

HAQUE,

            Defendant.

No.  2:15-cv-2011 CKD P

ORDER

By order filed November 25, 2015, plaintiff was ordered to pay the filing fee in this action within fourteen days or the case would be dismissed.  (ECF No. 11.)  That period has passed, and plaintiff has not paid the fee or responded to the court's order.  Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action.  (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  December 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / winf2011.fsc

1