UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>HAQUE,<br><br>    Defendant. | No.  2:15-cv-2011 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion to reopen this civil rights action, along with a request to add an additional defendant. (ECF Nos. 15 & 16.) This action was closed on December 30, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reopen (ECF No. 15) is denied.

Dated: January 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / winf2011.58

1